# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3169 | **DATE** | 7/31/2008 |
| **CASE TITLE** | FTC vs. North American Herb & Spice, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulated final judgment and order for permanent injunction, all matters have been resolved. **Enter stipulated final judgment and order for permanent injunction.** It is further ordered that this Court retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUL 31 PM 5:06
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|